FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

July 01, 2016

Michael Brett Anthony
Anthony & Peterson, L.L.P
500 N. Water Street, Suite 1010
Corpus Christi, TX 78401
\* DELIVERED VIA E-MAIL \*

Ms. Barbara E. Rosenberg
Assistant City Attorney
1500 Marilla Street, Room 7B North
Dallas, TX 75201-6318
\* DELIVERED VIA E-MAIL \*

Mr. Charles (Chad) E. Baruch
Johnston Tobey Baruch, P.C.
3308 Oak Grove Avenue
Dallas, TX 75204
\* DELIVERED VIA E-MAIL \*

RE:     Case Number:  15-0094
        Court of Appeals Number:  05-13-01651-CV
        Trial Court Number:  DC-13-08320-J

Style:  CITY OF DALLAS
        v.
        DIANE SANCHEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
        ESTATE OF MATTHEW SANCHEZ, DECEASED, AND ARNOLD SANCHEZ

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause.  You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Ms. Lisa Matz (DELIVERED VIA E-MAIL)
        Mr. Gary Fitzsimmons (DELIVERED VIA E-MAIL)